U.S. DISTRICT COURT
FILED AT WHEELING, WV

DEC 1 3 2007

NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION**

MICHAEL HOOD
and BETH ANNE HOOD,

     **Plaintiffs,**

vs.                                       **Civil Action No.: 3:07CV157**

COUNTRYWIDE HOME LOANS, INC.,

     **Defendant.**

### PROPOSED ORDER GRANTING MOTION TO AMEND COMPLAINT

Upon the _13th_ day of _December_, 2007, came the Plaintiffs, by counsel, and moved the court to allow them to amend the complaint to add a request for relief.

Upon consideration of all of which the court is of the opinion to and does accordingly order that the complaint be amended as set forth in Exhibit A.

It is further ordered that the Defendant shall have 20 days from the entry of this order to answer or otherwise plead.

The Clerk is directed to place an attested copy of this order in the boxes of counsel of record.

ENTER: _12-13-2007_

John Preston Bailey,
United States District Judge