# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
FEB 0 8 2008
U.S. DISTRICT COURT
MARTINSBURG, WV 25401

Michael and Beth Anne Hood

**Plaintiff(s),**

v.  Civil NO: 3:07-cv-157

Countrywide Home Loans, Inc.

**Defendant(s).**

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Robert S. Westermann, Esq. , it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 2-8-08

_____
United States District Judge